ORDER FOR ISSUANCE OF MENTAL HEALTH WARRANT (Secs. 573.011 and 573.012 HSC)

CAUSE NO. 145994

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| | § | CITY OF WESLACO |
| For the Best Interest And Protection of Maricela Trevino | § | HIDALGO COUNTY, TEXAS |

Upon presentation of an Application for Emergency Detention by *(name of applicant)* Fred Trevino _____, the Court finds that there is reasonable cause, i.e., *(basis of reasonable cause)* See application attached to believe that *(name of person to be committed)* Maricela Trevino evidences mental illness that creates an imminent, substantial risk of serious harm to (himself)(herself) or others, the risk of harm is imminent unless the person is immediately restrained and that necessary restraint for treatment cannot be accomplished without emergency detention, and that emergency detention is the least restrictive means to effect necessary restraint.

It is therefore Ordered that a warrant shall issue for the immediate apprehension, detention, and transport of the above named person to an appropriate treatment facility for a preliminary examination by a physician.

11-10-05
Date entered

Melinda G. Farias, Magistrate
City of Weslaco
Hidalgo County, Texas



EXHIBIT
A-1

Walensky
EXHIBIT NO. 12
Hill & Romero

TREVINO, MARICELA

APPLICATION FOR EMERGENCY DETENTION (Sec. 573.011, HSC)

CAUSE NO. 145984

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| | § | CITY OF WESLACO |
| Maricela Trevino | § | HIDALGO COUNTY, TEXAS |

(NOTE: This application must be presented personally to a magistrate. The magistrate may interview the applicant.)

I, the undersigned applicant, have reason to believe and do believe that **Maricela Trevino** evidences a substantial risk of serious harm to himself/herself or others. This harm is specifically described as follows: Maricela has started talking of committing suicide, over dosing with the drugs she takes (Heroin and Cocain).

I further believe that the risk of harm is imminent unless the person named above is immediately restrained. My belief is derived from specific recent behavior, overt acts, attempts, or threats which are described in detail as follows: Maricela has Suicidal thoughts, she has mentioned over dosing herself, She walks onto on coming traffic, and on a number of times she has almost been runned over by Vehicles. She stands in middle of Traffic.

My relationship to the person named above is (describe in detail) My name is Fred Trevino, I am her brother.

Other relevant information: Maricela has hallucinations, hears voices and hears her children calling her. She has attempted to get into strangers vehicles looking for her children. She had the traffic stopped on Pik Av. by standing in the middle of the street. This incide happened Last week.

Therefore, I request the magistrate to issue an order and warrant for emergency detention, pursuant to Chapter 573 of the Health and Safety Code, of the person named above.

Applicant's name and address:
Fred Trevino
323 Forest Hills Dr #7
Weslaco, Tx 78596

Applicant's telephone number:
Home: 956 472-3186
Work: 956-584-7100

Date: 11/10/05

Signature of Applicant

TREVINO, MARICELA
DEF05704

Patient's Name: Maricela Trevino
Address: 815 E. America St.
Weslaco, TX 78596
Race: W   Sex: Female   Age: 34
Height: 5'3"   Weight: 95 lbs.
Birth Date: 08/18/71
Social Security Number: 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
Hair color: Brown   Eyes: Dark Brown

Your Name: Fred Trevino
Your Address: 323 Forest Hills Dr. #7
Weslaco, TX 78596
Your relationship: Brother
Your Home Phone #:
Your Cell Phone #: 956 972-3196

THE FOLLOWING QUESTIONS ARE ASKED SO THE PATIENT CAN BE TAKEN INTO CUSTODY WITH A MINIMUM OF DANGER TO PATIENT OR TO OTHERS.
*This information will be kept confidential by officers.*

1. Has patient ever received psychiatric care?   YES____   NO ✓
2. What has patient done recently? talks of suicide, tryed to overdose, walks onto on coming traffic, Drugs - Heroin and Cocaine
3. Has Patient ever been arrested or jailed?   YES ✓   NO____
   If yes, on what charges? Currently in Jail 11/9/05 - Public Intoxication, And a car almost ran her over.
4. Is Patient a danger to himself or others?   YES ✓   NO____
   If yes, how? Suicidal, Drug problem, walks onto on coming traffic
5. Do you think the patient will be violent when the officers serve the warrant? YES____ or NO ✓
6. Do you think the patient will try to run when the officers serve the warrant? YES ✓ or NO____
7. Are there any weapons in the close proximity of the patient? YES ✓ or NO____
   IF YES, what kind? Officers Weapons - she is in Jail
8. Does the patient have any of the following:
   (a) Physical Handicaps? no
   (b) Communicable Disease? I am not Aware of Any
   (c) Medical Problems? Thyroid, hears voices, hallucinates
9. Are there any other persons in the residence with patient? She is homeless
10. Does the patient have any pets? no   What Type?____

Please list any information or suggestions that you think will be helpful to the officers when they take the patient into protective custody.

I understand that if the patient resists being taken into custody, the officers will use whatever force is necessary to execute the warrant and, to subdue and/or restrain him/her.

X _____
Applicant.

Subscribed and sworn before me this 10th day of November, 20 05.

Lori A. Maldonado
Notary Public for the State of Texas

[SEAL]   LORI A. MALDONADO
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-12-2008